1

2

3

4

5

6

7               UNITED STATES DISTRICT COURT

8             CENTRAL DISTRICT OF CALIFORNIA

9

10   MYRICK ALFRED,                  )   No. CV 11-10397 AG (FFM)
                                     )
11                Petitioner,        )   ORDER TO SHOW CAUSE
                                     )
12        v.                         )
                                     )
13   FIGUEROA,                       )
                                     )
14                Respondent.        )
                                     )
15   ————————————————————————————)

16        On June 20, 2012, this Court issued an order granting petitioner's motion

17   for stay.  Among other things, that order provided that:

18        "within thirty (30) days from the date of this Order petitioner must

19        file a habeas petition with the appropriate state court seeking to

20        exhaust his state remedies with respect to the grounds not raised in

21        the present petition.  Petitioner must thereafter immediately notify the

22        Court that the state petition has been filed, including providing the

23        Court a file-stamped copy of the same."

24   (Order Granting Petitioner's Motion for Stay and Ordering that Proposed

25   Amended Petition for Writ of Habeas Corpus be Filed, filed June 20, 2012, p. 2.)

26        As of today's date, the Court has not received petitioner's notification and

27   file-stamped copy of petitioner's state petition.

28   / / /

1      Petitioner is ordered to show cause within twenty (20) days of the date of

2    this order why the stay should not be lifted and the action should not proceed

3    solely on the exhausted claims.

4          IT IS SO ORDERED.

5

6    DATED: August 8, 2012

7                                               /S/ FREDERICK F. MUMM
                                              FREDERICK F. MUMM
8                                              United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28