UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRICK ALFRED, <br>     Petitioner, <br>   v. <br> FIGUEROA, <br>     Respondent. | No. CV 11-10397 AG (FFM) <br><br> ORDER TO SHOW CAUSE |

On June 20, 2012, this Court issued an order granting petitioner's motion for stay. Among other things, that order provided that:

> "within thirty (30) days from the date of this Order petitioner must file a habeas petition with the appropriate state court seeking to exhaust his state remedies with respect to the grounds not raised in the present petition. Petitioner must thereafter immediately notify the Court that the state petition has been filed, including providing the Court a file-stamped copy of the same."

(Order Granting Petitioner's Motion for Stay and Ordering that Proposed Amended Petition for Writ of Habeas Corpus be Filed, filed June 20, 2012, p. 2.)

As of today's date, the Court has not received petitioner's notification and file-stamped copy of petitioner's state petition.

///

Petitioner is ordered to show cause within twenty (20) days of the date of this order why the stay should not be lifted and the action should not proceed solely on the exhausted claims.

IT IS SO ORDERED.

DATED: August 8, 2012

                                             /S/ FREDERICK F. MUMM
                                             FREDERICK F. MUMM
                                             United States Magistrate Judge